In the United States District Court
For the District of Montana
Helena Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>BRIAN ANTHONY D'AMBROSIO,<br><br>Defendant. | Cause No. CR 23-20-H-BMM<br><br>**ORDER** |

Defendant Brian Anthony D'Ambrosio, by and through his counsel, Colin M. Stephens, Stephens Brooke, P.C. has moved the Court for leave for counsel to appear by zoom for the arraignment.  IT IS HEREBY ORDERED that counsel for the defendant shall be allowed to appear by Zoom for the arraignment on Tuesday, January 16, 2024, at 1:30 p.m. and will contact the Clerk of Court for the Zoom link.

DATED this 8th day of January 2024.

John Johnston
United States Magistrate Judge

-1-